and you're appointed under the CJA. Yes, sir. The Court appreciates your willingness to accept the appointment and you may proceed when you're ready. Thank you, Your Honors. May it please the Court, opposing counsel, in point one of appellant's brief, the appellant is challenging his conviction under 18 U.S.C. section 513 B. The key analysis before this court is whether or not the template presented by the government at trial was, quote, an implement designed for or particularly suited for making a counterfeit or forged security. In this case, the government, in their case-in-chief, presented a variety of checks that were negotiated at some point, which they indicate formed the basis of the crime. Previously in the case, in a car, a photocopy was found and this photocopy involved two checks from the same financial institution and it was the government's theory of the case that the negotiated checks were created from the information gleaned on this photocopy. So the question becomes, was that photocopy a template as intended by section 513 B? An appellant suggests that it is not. That extending the phrase particularly suited or designed for to include mere photocopies is unconstitutionally broad. The government in their position relies on the case Holloman, which found that a negotiated check could, in fact, form the basis of a template. And the government seeks to extend that interpretation to mere photocopies and I think that that's unallowable. In Holloman, the court was very specific that they were allowing that extension because the information from the canceled check was essential to the case. It translated from the canceled check to the negotiated checks, sequential numbers, signatures, that type of information. In this case, as the court can see from the proffered proposed template and the negotiated checks, they bear virtually no resemblance. In fact, the only two things they have in common are publicly available information. So to say that the photocopy was necessary or particularly designed for creating these counterfeits, I think, extends the law too far. It is too wide of a reading. Well, you said two things, aren't there really? The government says there are four. You know how they count four. They say the account holder, the bank, the same routing number, and it counts off one digit. I think it's a semantical difference between how the government views their evidence and how I do. Sure. Even with that reading, Your Honor, when you put these documents side by side, it doesn't make sense. It would be the equivalent of saying that an art forger could take a black and white copy out of Janssen's art history and that would be a template for a forgery of the Mona Lisa. That photograph doesn't have color. It doesn't have texture. It doesn't have size. It's interesting, but it's not a template. And the same analysis is true here. Yes, he had a photocopy with those two checks. What definition do you have of implement? It's not defined, Your Honor. No, but what definition would you give us? I included in the brief the dictionary definition. I think what we have to focus on in the statute is particularly suited because if you accept the government's broad version of this, then literally anything is a template, and that's an absurd result. So I think it doesn't have to be anything that assists with the creation of the forged. I think even that reading is too broad, Your Honor. I think it is an implement designed for, and we agree that this was not designed for, but then particularly suited. And the word particularly suited for what? For making a counterfeit forgery. Okay. And I think... Why do you say anything could be an implement? It's got to be something particularly suited for making a forgery. Correct. I would say in this case, if you were to take the photocopies of the two checks, they have the same information that a enterprise bank statement would have, an account holder statement. That would require them saying, okay, well, an enterprise account holder statement can now be a template for these forged checks because they have the same information that was used on the negotiated checks. I think it just gets too broad. All right. Well, that's different, though, than saying anything. I mean, you can't say the government's brief in the next case could be used as an implement for that. But under the government's theory, my brief in this case could be used. Well... So, but I was too... Because you have the photocopies in it? Yes. Yeah. Okay. Go ahead. I was too wrong with that reading. With the government's reading? Yeah, the reading you just suggested. If your brief or the copy or these other things, the bank statement or whatever you were hypothesizing, give the forger the information needed to then create the forgery, why couldn't those things be implements? I think that that reading, that's how the government would language bestowed by the statute, which, again, says it either has to be designed or particularly suited. And I think that having one overlap of an informational account is not such... In fact, the Holloman court stated what turned this was the fact of how much of that canceled check was reused. The sequence numbers, the signature, the graphics, the logos, none of that's present in this I would like to turn to Appellant's second point on appeal, which is an issue that is familiar to this court and it is a analysis of 18 U.S.C. 3584. Isn't that moot in light of what Judge Ross did? I do not believe it is, Your Honor. Isn't it super duper moot? Not just average moot. No, no, and I saw this coming and I saw this in the government's brief and I had anticipated this before Judge Ross's case is void. It is... The thing that comes down to it is... Her verdict is void? The judgment is void, Your Honor. It includes a sentencing designation between consecutive and concurrent that she was not allowed to make. And I think that what the problem here really is, is that has tainted Judge Ross's judgment, whether he admits it or not. And I know the sentencing transcript. He specifically said, as the government will point out, that he didn't really care what Judge Fleisig did or didn't do. This is what he wanted to do. He thought a big sentence was important. But the problem we have is... Well, if we vacate the judgment here and I guess you would say then we need to vacate Judge Ross and... I do. But then he's still gonna know what she tried to do. And I have not come up with my solution for that. You probably want us to reassign the case to a new judge who... No, he's asked us to render judgment with a different sentence. Well, in the Judge Fleisig, I think that the court can. I think it can render the sentence and strike the designation. Because the government did make a point. They said if you don't want consecutive... Have you ever seen a case where that's been done? I've not, Your Honor. So... You want us to remove the designation of concurrent consecutive here and leave it all up to the judge in the second case? I think it... I think the statute dictates that that must be what happens. I think... And that's already happened, right? No, Your Honor. Because the... There's a taint on Judge Ross's... He said there wasn't a taint. I know he said that. You can't unring a bell. He has a... Well, we're not gonna ring his bell either. This is a ding-dong. No, I understand. I understand that this issue certainly got less clear and more complicated with Judge Ross's with his judgment. The problem we have, though, is that the position that Judge Fleisig put Judge Ross in is... Is that he almost had to say that. And he... And I don't know that if it goes back and this is corrected, he won't say the exact same thing again. In fact, I anticipate that could happen. But it's not a clean record right now. And, Judge, you indicated what would you like done. I would like the would likely ask for the case to be reassigned for sentencing so someone could take a look at it. And I... Which case? This case? The Judge Ross case. But... But actually, your prayer for relief says you want first us to reverse and render, right? Yes. Yeah. And that's what... That's relief you asked for. And that's kind of an afterthought that if you're not willing to do that, then we can send it back. And you never asked for a different judge. You just said send it back to the court for resentencing. No, I acknowledge that, Your Honor. Well, you don't care. You're worried about the judge in the other case because you say, in this case, that you just want the consecutive concurrent designation removed. Correct. You don't want any... I mean, if we affirm the conviction, you don't want anything more in this case. That is correct, Your Honor. Judge Ross's judgment has been separately appealed. That item has been preserved and can be addressed at a later point. In this case, what I am really asking... Do you want to talk to merits briefly in terms of why it was not moved? Why you think that the... Oh, absolutely. Absolutely, Your Honor. The district court in the first case cannot make the consecutive... I'd be happy to, Your Honor. This is an argument that was previously raised before this court also with this appellant. I believe that 18 U.S.C. 3584 does not give the district court power to impose a sentence consecutive to a not yet imposed sentence in federal court. I think the statute is not a conferral of authority. It is a limitation of authority. And I think in a situation where there are two federal cases and the first sentencing court is in a position to have to render a judgment, that they have to be silent as to whether it is consecutive or concurrent because that decision is up to the second last federal sentencing judge who will then have before him all of the proper information under 18 U.S.C. 3553 to make this determination. But I really believe it comes down to the authority granted in 18 U.S.C. 3584, which does not give that first judge, when there are concurrent federal cases, the ability to do this. I would indicate that this is an issue of first impression before this court. It was raised in a footnote with Setzer, but I would ask the court to turn their attention to the First Circuit case of United States v. Amante Reyes. And I believe that their logic and their analysis in this matter is sound. I would note that it's also been adopted, that theory of Amante Reyes, in the First, Fourth, and Ninth Circuits. And should the court decide to consider this matter and not find that it's moot, I would ask you to follow the logic in those cases. If there are no further questions, I will yield the rest of my time. And the other issues raised in the brief, I would submit on the record that is before the court in those briefs. Very well. Thank you. Ms. Berry, we'll hear from you. Thank you, Your Honor. Good morning. Good morning. My name is Ms. Berry. I represent the United States in this appeal. Your Honor, I kind of want to work backwards here. Just get it out of the way. The issue with regard to the consecutive versus concurrent under 3584, the government agrees with Judge Benton, this is super duper moot. Actually, we might even say it's super duper moot. Because the whole issue that the defendant raised in his brief was that there was going to be some conflict between the first judge's decision and the second judge's decision. The second thing that defendant claimed was that the second judge would be bound by anything that the first judge did. Now that was also a concern that was addressed in Amante. However, as the was very clear that he was exercising his independent judgment. He was following the law as judges are presumed to do. And he stated from the moment that I found Mr Watson guilty of this offense, it was always the intent of this court, given the fact that he committed this offense while he was locked up on that offense to run any sentence that I impose consecutive with any sentence that she imposed. So whether she had ordered a consecutive or not, it would have been my judgment that the sentence in this case run consecutive to any sense that she would have would have imposed. So that was just the position of this court. It would have always been the position of this court. And that position is regardless of the determination that she has made. If the purpose of sentencing is to ensure that the judge who imposes a sentence has the most information available, why on earth would the case be remanded and reversed and sent back to a judge who does not have the extensive knowledge of Judge Ross in this case to make the decision? We would submit, Your Honor, that the judge followed the law. And since the judge followed the law, and there is no authority supporting what the defendant has suggested that this honorable court find that any error that would have resulted from Judge Fleissig's decision be rendered harmless. And you mean no binding authority? You recognize the other circuit's decisions? Yes, Your Honor. We do recognize the other circuits. Go ahead and proceed. I just want to be sure I understood you. Oh, yes. And but on that note, I did want to note because defendant does recognize the Supreme Court's decision in Setzer. While Setzer specifically says that it does not address this decision, that was in a footnote. But if you go back to the sentence leading to that footnote, it says that the court's consideration is that they wanted to make sure that the state court, that would be the second court, has all of the information before it when it acts. So at some point, the Supreme Court, in Setzer at least, was concerned that the latter court had the view of the first court, that being the federal court, when it rendered its judgment. So in effect, that's what happened in this case. But we do recognize the decision of the other circuits, but it doesn't apply in this case. There is no conflict. The second court recognized its independent judgment. Okay. Do you want to address the matter of the implement? Because, of course, if there's no implement, there's no proper sentence. Absolutely, Your Honor. We wouldn't get to that. This is an issue of sufficiency of the evidence. And the United States argues that the sentence that was imposed by, I'm sorry, that the conviction and the verdict that was found by Judge Fleissig was sufficient because of the facts of this case. The only issue, as has been noted, was whether the copy of the cancel check was an implement. The definition, there is no definition of implement, but the statute 513B says that it is an implement that is designed for, and then the second part is an implement that's particularly suited for. So the issue as to whether or not the copy of the cancel checks was particularly suited to make a counterfeit security is based on the circumstances of this case. The copy of the cancel checks that is in the defendant's brief could be used because it has all the information on there that could be used to make a counterfeit security. Just as the copy of the cancel check found in his car, along with four other counterfeit checks, counterfeit check making stock, as well as the Tokyo Marine Specialty Insurance check that was used to make the four Restoration Temple counterfeit checks found in that car. There's a lot of information in this case, and that information was before the judge, and the judge was able to take that information and determine that the circumstances were such that in this particular case, the copy of the cancel checks was particularly suited. And the things that she noted are the things that we noted in the government's brief, the name of the Drawee Bank, Enterprise Bank and Trust, the name of the law firm, the routing number and the majority of the account number. There was one number that was changed. All of that information was used to make the counterfeit checks that defendant and his co conspirators successfully passed. Now, suppose somebody had just to Mr. Reid and said, I got an idea for you. You ought to make some counterfeit checks, and here are the particulars that you could use. You could use this law firm name, this company name, this routing number and this account number and so forth. Yes, sir. And then Reid took a look at the letter and thought, that's a good idea, and he made the check. Yes, sir. Now, would the letter be an implement? Your Honor, the letter, if in fact, Mr. Reid used that information to make his counterfeit checks and those checks were successfully passed, then the government would submit that the letter containing that information was valuable and was necessary and led to the creation of that counterfeit check. I'm just trying to see the limits of your argument. Do you think that's particularly suited the letter? I think the letter only because it contains the material information. Now, suppose Reid just came up with the idea on his own and he went to the phone book and he looked up the bank and he looked up the bank's address, he looked up the law firm's name. Would the phone book then be the implement? No, Your Honor. And the reason being that a phone book does not contain Sharon Shapson Banks at Enterprise Bank and Trust, and Enterprise Bank and Trust's routing number is this, and Sharon Shapson's account number at Enterprise Bank and Trust is this. There are situations where it could continue to go on and on and on. I think we also recognize Holloman is not binding on this court, we are completely aware of that. However, it is persuasive in that the court in Holloman as well as the Third Circuit Court and I believe the Sixth Circuit in Wade also looked and said the check or the phone book was an implement because it contained material information that was used. So if that check is used to make a counterfeit check, then it's particularly suited. I don't believe a phone book would ever be particularly suited, only because in my experience, I've never seen a phone book that contained the information that was contained on this photocopy of the check. Well, it includes... Some of it includes the company name, the address, the law firm name, that law firm's address. Suppose that you'd just taken those pieces of information, put them on a check and then made up a routing number, a phony routing number and passed it and somebody took  it out. He got four out of the six pieces of information out of the phone book and that was particularly suited to give him what he needed to write a plausible looking check. Your Honor, I would certainly hope that my colleagues would not... You think that would be too far? I think it would be too far, Your Honor. I think it would be... So what's different about this check? Do you think it's important that it had the routing number or that it's in the form of a check or what is it exactly? I think the important distinction is all of the information for Sharon Shapson that was needed to successfully pass those checks and was successfully passed was on that one instrument. As I stated, Sharon Shapson banked at Enterprise Bank and Trust. That was their... Enterprise Bank... Counsel, don't you think you need to give some meaning to the word counterfeit? We all kind of know what counterfeit is. It's something that looks like something but isn't it, right? Yes, sir. So if you give some meaning to counterfeit, wouldn't that distinguish the phone book? Or as you know, routing numbers are public. You can click three or four places on the internet in a second and get the routing number of a bank. That's correct, Your Honor. But that would have to take you to a step beyond. That's why I was... That's my position that all of that information is included on the same document. And so, as you stated... That's why I gave you my letter, hypothetical. That's why you're saying the letter would be... Yes, sir. Because... It's all in one document. It's all in one document. Everything that... What about the counterfeit question? The counterfeit question, the definition of a counterfeit security is one that appears to be like the original. Looks like it. It looks like it. And in this case, for someone that isn't familiar with Sharon Chapson's checks, which I believe the record shows that four of these checks were passed at US Bank. They see a check. It has the routing number. It has the name of Sharon Chapson, the account number. All of that is in there. And US Bank, it appears to be a genuine check. They accept it. They provide the money. They submit the check to Enterprise Bank and Trust. And Enterprise Bank and Trust, even though it is their account holder, they required Sharon Chapson to fill out an affidavit of forgery to say that this isn't counterfeit. So even Enterprise Bank was requiring someone to say, yes, that Enterprise Bank was saying this looks like a check. Your Honor, I think one of the other things, and this may seem a little bit far afield, but it's kind of like the phone book example. A nutcracker is designed to crack nuts. A rock is particularly suited under the right circumstances to crack a nut. In this case, the counterfeit checks that were created by this defendant were particular... I'm sorry, the template or the copy of the canceled check was particularly suited to make a counterfeit check. The counterfeit checks were made by the defendant. They were passed by the defendant and his co-conspirators, and they successfully obtained the money. This is an issue with regard to this court of first impression as far as defining a template. The government would ask that this court follow the precedent set by the Sixth Circuit, the Third Circuit, and Fourth Circuit in looking at the circumstances to determine whether a document is an implement that's particularly suited. But with regard to this case, the government notes that the standard of review states that when viewed in the light most favorable to the United States, and all reasonable inferences that support the verdict are accepted by this court, this honorable court can find that the district court possess sufficient information to find that in this case, Exhibit 1.001 was an implement that was particularly suited for making counterfeit securities. So we would ask this court to affirm the verdict of the court, and we would also rely upon our brief with regard to the other issue. Thank you. Very well. Thank you. Mr. Newton, you may proceed with rebuttal. Thank you, Your Honor. Focusing in again on the question of implement, there is no question in the underlying case that counterfeit checks were passed. It is tying the past counterfeit checks to this photocopy that's the key question, because the statute also goes on to say we're not just looking at an implement designed for, particularly suited for making a counterfeit. It's also that the defendant must have the intent that it so be used. And when you put these documents next to each other that these photocopies contain the information, it bears no resemblance to the counterfeits eventually passed. And I think that extending the logic of Holman from a canceled check that can be translated directly all the way to a photocopy is too far. I think it erodes the instructions and the guidelines set by 18 U.S.C. 513B, and I would ask that the court not allow an expansion of that definition of the law in that way. If the court has no questions, I will cede my remaining time. I would request that the court reverse the judgment of the district court. Thank you very much. Very well. Thank you for your argument. The case is submitted, and the court will file an opinion in due course. Please.